# Hogan Lovells

Hogan Lovells US LLP
390 Madison Avenue
New York, NY 10017
T +1 212 918 3000
F +1 212 918 3100
www.hoganlovells.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/4/2020

February 4, 2020

The Honorable Nelson S. Roman, U.S.D.J.
United States Courthouse
Southern District of New York
300 Quarropas Street, Courtroom 218
White Plains, NY 10601-4150

Re: **Centrex Communications Corp. v. The Broadcasting Corporation of the Bahamas**, Civ. No.: 7:19-cv-02949-NSR

Dear Judge Roman:

We write on behalf of defendant The Broadcasting Corporation of the Bahamas ("BCB") in connection with the request we submitted earlier today (ECF 17) to adjourn the conference recently set by the Court for February 6, 2020. Pursuant to Your Honor's Rule 1(E), we have conferred with counsel for the plaintiff and confirm that the following alternate Thursdays and Fridays are mutually agreeable: February 27, February 28, and March 5. We therefore respectfully request that the conference be adjourned to one of those dates. Our earlier statement that the parties were available this Friday, February 7, was in error. We apologize for any confusion and thank the Court for its consideration of this request.

Respectfully submitted,

/s David R. Michaeli
David R. Michaeli
Hogan Lovells US LLP
390 Madison Avenue
New York, NY 10017
(212) 918-3017
(212) 918-3100 (Fax)
David.michaeli@hoganlovells.com

Counsel for Defendant
The Broadcasting Corporation of the Bahamas

Cc (via ECF): Counsel of record

---

*Handwritten order:*

Defendant's application to adjourn the Initial Pretrial and Pre-Motion Confs. scheduled for Feb. 6, 2020 until Feb. 28, 2020 at 11:15 am is granted. Clerk of the Court requested to terminate the motions (docs. 17 & 18).

Dated: Feb. 4, 2020

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia. "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in: Alicante  Amsterdam  Baltimore  Beijing  Birmingham  Boston  Brussels  Colorado Springs  Denver  Dubai  Dusseldorf  Frankfurt  Hamburg  Hanoi  Ho Chi Minh City  Hong Kong  Houston  Johannesburg  London  Los Angeles  Luxembourg  Madrid  Mexico City  Miami  Milan  Minneapolis  Monterrey  Moscow  Munich  New York  Northern Virginia  Paris  Perth  Philadelphia  Rio de Janeiro  Rome  San Francisco  São Paulo  Shanghai  Silicon Valley  Singapore  Sydney  Tokyo  Warsaw  Washington DC  Associated offices: Budapest  Jakarta  Shanghai FTZ  Ulaanbaatar  Zagreb. Business Service Centers: Johannesburg  Louisville. For more information see www.hoganlovells.com